**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 19-cr-00117-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DEWAYNE SCOTT**,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**

---

    The United States of America, by and through Assistant United States Attorney, Jason St. Julien, respectfully moves to restrict documents and attachments, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

    Dated: July 6, 2020.

                                              Respectfully submitted,

                                              JASON R. DUNN
                                              United States Attorney

                                By:    <u>/s/ *Jason St. Julien*</u>
                                         JASON ST. JULIEN
                                         Assistant United States Attorney

        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone:  (303) 454-0100
        Fax:  (303) 454-0403
        E-mail:  Jason.St.Julien@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Clifford J. Barnard**
Email:  cliffbarnard@earthlink.net

/s/ *Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0403
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States